IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CHARLES F. DYSON** <br> **4718 Kenwood Avenue** <br> **Baltimore Maryland 21206** | * <br><br> * |
| **Plaintiff** | * CASE No. |
| **vs.** | * CIVIL COMPLAINT |
| **PROTAS, SPIVOK & COLLINS, LLC** <br> **4550 Montgomery Ave, Ste 1125** <br> **Bethesda, Maryland, 20814** | * JURY TRIAL DEMAND <br><br> * |
| **Defendant** | |

\* \* \* \* \* \* \* \* \* \* \*

### COMPLAINT AND JURY DEMAND

**COMES NOW** Charles F. Dyson, the Plaintiff herein, by his undersigned counsel, David E. Bokeno, Esq., complaining of Defendant, and complains as follows:

### INTRODUCTION

1. Plaintiff Charles F. Dyson (hereinafter "Plaintiff"), is an individual consumer and brings this action for actual and statutory damages and other relief against Defendant for violations of the Fair Debt Collections Practices Act, 15 U.S.C. 1692 *et seq.*("FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C 1692k(d) and 28 U.S.C. 1337.

3. Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

### PARTIES

4. Plaintiff, Charles F. Dyson, is an adult individual and citizen of the State of Maryland, residing at 4718 Kenwood Avenue, Baltimore Maryland 21206.

5. Defendant, Protas, Spivok & Collins, LLC, at all times relevant hereto, is engaged in the business of collecting debts within the State of Maryland.  Defendant's principal place of business is 4550 Montgomery Ave, Ste 1125, Bethesda, MD, 20814.

6. Defendant is engaged in the collection of debts from consumers using instrumentalities of interstate commerce and the mail.  Defendant regularly attempts to collect consumer debts alleged to be due to another. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. 1692a(6).

## FACTUAL ALLEGATIONS

7. On June 10, 2009 Defendant obtained a Writ of Garnishment of Wages in the District Court of Maryland for Baltimore County in Case No. 0804 20060 2005.  See attached Exhibit A incorporated herein and made part hereof.

8. Defendant had no right to seek or obtain said Writ of Garnishment of Wages as said case had been dismissed on de novo appeal to the Circuit Court for Baltimore County Maryland on September 1, 2006 in Case No. 03C06004219 with a remand back to the District Court of Maryland, thus voiding the original judgment in the District Court of Maryland in favor of Plaintiff.  Plaintiff never refiled its case in the District Court of Maryland.  See attached Exhibit B incorporated herein and made part hereof, consisting of a copy of the handwritten dismissal without prejudice of the aforementioned case by the Honorable Judge Patrick Cavanaugh of the Circuit Court of Maryland for Baltimore County and a copy of the docket entries from the Circuit Court of Maryland in Case No. 03C06004219.

9. On June 29, 2009 Plaintiff explained all of the foregoing to David Saterfield in Defendant's office.

10. Nevertheless Defendant continues to garnish Plaintiff's wages.

## COUNT I

## FDCPA VIOLATIONS

11. The above paragraphs are hereby incorporated herein by reference.

12. Defendant violated 15 U.S.C. 1692e(2)(A) in that Defendant falsely represented the character, amount, or legal status of a debt, and also violated 15 U.S.C. 1692f(1) in that Defendant collected an amount not permitted by law.

13. As a result of the foregoing violations of the FDCPA, Defendant is liable to Plaintiff for a declaratory judgment that Defendant's conduct violated the FDCPA, actual damages, statutory damages, attorney's fees and costs and other appropriate relief.

**WHEREFORE,** Plaintiff respectfully requests that this court enter judgment in his favor and against Defendant and Order the following relief:

a. Declaratory judgment that the Defendant's conduct violated the FDCPA;

b. Actual damages;

c. Statutory damages pursuant to 15 USC 1692k;

d. Reasonable attorney's fees and costs of suit pursuant to 15 USC 1692k; and

e. Such additional and further relief as may be appropriate or that the interests of justice require.

## JURY DEMAND

Plaintiff hereby demands a jury trial as to all issues herein.

Respectfully submitted,

_____/s/_____
David E. Bokeno
205 East 28th Street
Baltimore, MD 21218
410-243-5394
Federal Bar No. 25492
Attorney for Plaintiff